13-MJ-2031-MBB

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Michael Ahern, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION

1. I am a Detective with the Somerville Police Department, and I have been employed as an Officer with the Somerville Police for the past 14 years, the last eight years as a Detective. Since 2008, I have been assigned to the Federal Bureau of Investigation ("FBI") Violent Crimes Task Force in Boston, Massachusetts. As such, I have been sworn in as a Special Deputy U.S. Marshall. Among training for my duties as a member of the Somerville Police Department and the FBI Violent Crimes Task Force, I have received specialized training in the investigation of violent crimes, including bank robberies.

2. I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take or attempt to take from the person or presence of another, money belonging to or in the care, custody, control, management, or possession of any federally insured bank; and that Title 18 of the United States Code, Section 2113(d), provides that whoever, in committing or attempting to commit a violation of Section 2113(a) assaults any person or puts in jeopardy the life of any person by the use of a dangerous weapon or device is subject to increased penalties. Having so said, I make this affidavit in support of a criminal complaint charging KEVIN PINA ("PINA"), DOB: xx/xx/1971, SSN: xxx-xx-6821, with armed robbery of the Blue Hills Bank at 749 Providence Highway, Dedham, MA, which is a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation.

3. The facts stated herein are based on my personal knowledge, as well as information provided to me by witnesses and other law enforcement officers involved in the investigation and from reviewing evidence, such as bank surveillance images and DNA reports. In submitting this affidavit, I have not included each and every fact known to me about this investigation, but only those facts which are necessary to establish the requisite probable cause.

## ROBBERY OF BLUE HILLS BANK

4. On or about November 9, 2012, at approximately 4:19 p.m., at the Blue Hills Bank branch, which was a federally insured bank that was located at 749 Providence Highway, Dedham, Massachusetts (the "Bank"), an Hispanic male wearing a baseball cap and gloves ("Male 1"), and another male, who was wearing a baseball cap and what appeared to be a **piece of duct tape** over his nose area, and carrying a semi-automatic handgun ("Male 2"), entered the Bank.

5. After entering the Bank, Male 2 ordered - at gun point - the Bank patrons and other Bank employees to lie on the ground, while Male 1 ordered the Bank tellers to hand over money from the Bank teller drawers. After Male 1 took approximately $7,964 from the Bank tellers and from the Bank teller drawers that were located behind the counter, both Male 1 and Male 2 fled the Bank.

6. Blue Hills Bank security cameras recorded images of the robbery and captured images of both Male 1 and Male 2 committing the robbery on November 9, 2012. These images (see Attachment A, attached hereto) were then uploaded to a website called MassMostWanted.com, a privately sponsored website that is commonly used to assist law enforcement in solving crimes such as bank robberies.

7. The Bank surveillance images showed that, during the robbery, (i) Male 2 brandished what appeared to be a semi-automatic handgun during the robbery; and (ii) Male 2 had what appeared to be **duct tape** covering his nose in order to conceal Male 2's identity. (See Attachment A, attached hereto.)

8. On November 9, 2012, at approximately 4:42 p.m., Dedham Police Department Patrolman Collin O'Sullivan recovered **two pieces of duct tape** in an area within the vicinity of the Blue Hills Bank where witnesses had observed two males fleeing from the Blue Hills Bank shortly after the bank robbery had occurred. Patrolman O'Sullivan secured the area with other Dedham police officers until State Trooper Colleen Tanguay arrived to process the evidence. Trooper Tanguay collected the two pieces of duct tape on that date and submitted them for processing. On or about February 27, 2013, the U.S. Attorney's Office submitted a request to the State Police Laboratory to test the two pieces of duct tape for DNA evidence.

9. On March 13, 2013, the State Police Laboratory notified the U.S. Attorney's Office that (i) DNA was recovered from one of the pieces of duct tape (**the "Duct Tape"**), which was discovered by Patrolman O'Sullivan, and collected by Trooper Tanguay, on November 9, 2012, and that (ii) the DNA profile from the Duct Tape was uploaded to the Combined DNA Index System ("CODIS"), which is a law enforcement database that stores the DNA profiles of certain individuals with criminal histories, and that is used to identify unknown DNA samples.

10. On or about March 25, 2013, the State Police Laboratory notified the undersigned that the DNA profile recovered from the Duct Tape matched an existing DNA profile on CODIS for:

KEVIN M. PINA
DOB: xx/xx/1971
SSN: xxx-xx-6821

11. On April 2, 2013, the U.S. Attorney's Office telephonically contacted Kira L. Snyder, Forensic Scientist II of the Massachusetts State Police Forensic & Technology Center - DNA Unit, the person who was assigned to perform the DNA testing for the Duct Tape, and Ms. Snyder confirmed that the DNA profile from the Duct Tape matched the prior DNA profile of KEVIN PINA (above), which was stored in CODIS.

## CONCLUSION

12. Based upon the above, I believe that there is probable cause to believe that KEVIN PINA violated Title 18, United States Code, Sections 2113(a) and (d), and did, by force and violence and by intimidation, take from a person and in the presence of another, money, in the care, custody, control and management and possession of Blue Hills Bank; and in doing so assaulted a person and put in jeopardy the life of a person by use of a dangerous weapon, to wit, a handgun.

Detective P. Michael Ahern
Task Force Officer
Date:

Subscribed and sworn to before me this 3rd day of April 2013.

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

4

# ATTACHMENT A

## Mass Most Wanted

Submit a Crime   Captures   Links   Metro-LEC   FAQs   Send Feedback

Most Recent | Bank Robbers | Robbers | Thefts/Frauds | Assaults | Fugitives | Misc

○ back to listing

**SUSPECT SEARCH**

Keyword/Case Number:

Type of Crime:
[select]

Complexion:
[select]

Gender:
[select]

Height:
[select]

Weight/Build:
[select]

City:

[Begin Search]

Subscribe to Newsletter:

[Subscribe]

[Make MMW My Homepage]
14214433

Robbery, November 09, 2012
**Suspect 9286**
Gender: male
Build: medium
Complexion: light
Height: medium



Bank Robbery - Dedham - 11/9/2012



Robbery - Case No. 120633
November 09, 2012
Dedham : Blue Hills Bank

**Case Details**:
On Friday November 9, 2012 at approximately 1417 hours, 2 white/light skinned Hispanic males entered the Blue Hills Bank. Subject #1 brandished a firearm, and began to secure both the tellers and the bank manager. Subject 2 approached a teller station where after demanding money, lurched forward over the counter taking same from the teller. They both fled the bank on foot .

The subjects are described as White or light skinned Hispanic Male's, in their mid 30's, 5'10-6".

Subject #1 was wearing a grey hat, grey sweatshirt , blue jeans, sunglasses, white sneakers, some sort of electronic device in his left ear (similar to a bluetooth), and one glove over the left hand. He also had what appeared to be white or duct tape over his nose area, all the while brandishing what appeared to be a black semi-automatic handgun. >br>
Subject #2 was wearing a red hat, white or grey shirt, dark grey sweatpants, white Nike sneakers, grey gloves, sunglasses on his shirt, and he appeared to have a mustache.

This case remains open for investigation.

If you have any information about the identity of this person or where they are, please contact:

**Bank Robbery/Violent Crime Task Force**: (617) 223-6560
**Investigator**: Tpr T. Michael Ahern
**Case Submission No.**: 120633

**Tool Box**

Print view
Report a tip
Mail this case to a friend
Track this case, enter your email:

[Add]

**Law Enforcement Use Only**

Report a capture
Send an update



**Mass Most Wanted TIP Program**
A citizen who provides information that leads to the identification and arrest of a Massachusetts bank robber may be eligible to receive money under a program sponsored by the Massachusetts Bankers Association. Ask the investigating law enforcement officer about the Mass Most Wanted TIP Program.

**Suspect 9287**

Gender: male
Build: medium
Complexion: medium
Height: medium



Bank Robbery - Dedham - 11/9/2012