## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 13-CR-10129 (NMG) |
| | ) |
| KEVIN PINA | ) |

### GOVERNMENT'S MOTION TO STAY LITIGATION PENDING SUPREME COURT'S DECISION IN *BECKLES V. UNITED STATES*

The United States of America, by Assistant U.S. Attorney Dustin Chao, respectfully moves this Court to stay the litigation in this 28 U.S.C. §2255 matter pending the U.S. Supreme Court's decision in *Beckles v. United States*, Docket No. 13-13569. If the Court is not inclined to grant the stay, the government submits herein its response to Kevin Pina's (hereinafter, the "defendant" or "Pina") Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255, (hereinafter, the "Def. Mtn."). Because this Court properly sentenced Pina as a "career offender" under the United States Sentencing Guidelines, because the plea agreement in this case forecloses Pina's instant motion to reduce his sentence, and because Pina's two predicate offenses – (1) Armed Robbery, M.G.L. Ch. 265 § 17, and Assault and Battery with a Dangerous Weapon, M.G.L. Ch. 265 § 15A(b) ("ABDW") – still qualify as "crimes of violence" under *Johnson v. United States*, 135 S.Ct. 2551 (2015), the government submits that this Court properly sentenced the defendant and Pina is not entitled to relief.

### I. Background

Pina, along with his accomplice Lavell Livramento (13-CR-10035 (PBS)), robbed the Blue Hills Bank in Dedham, Massachusetts on November 9, 2012 at gunpoint and stole

1

*Motion allowed.* /s/ NMGorton, USDJ 10/14/16