UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

KEVIN PINA
    *Movant,*

v.                            Crim. No. 13-CR-10129-1

UNITED STATES OF AMERICA,
    *Respondent*

### MOTION TO DISMISS

Pursuant to Rule 12 of The Rules Governing 2255 Proceedings and Fed.R.Civ.P. 41(a)(2), movant Kevin Pina respectfully moves this Court to dismiss his Motion to Vacate Pursuant to 28 U.S.C. § 2255 filed on June 24, 2016, Dkt. 65.

Respectfully Submitted,

By: /s/ Alan J. Black
ALAN JAY BLACK, His Attorney
48 Round Hill Road, Suite 1
Northampton, MA 01060
(413) 732-5381
BBO# 553768

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all parties involved on this 19th day of April 2017.

/s/ Alan J. Black

*Motion allowed.* /s/ NM Gorton, USDJ 9/19/17